

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 2 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

PLAINTIFF(S)   *Anna Sales*

v.

CASE NUMBER   *4:10CV1100.DPM*

DEFENDANT(S)
*Mr. Bozeman Jailer
At Saline County Jail
in Benton, Ar.*

This case assigned to District Judge *Marshall*
and to Magistrate Judge *Volpe*

## COMPLAINT

1.)   Plaintiff(s) name and address(es)
*Anna Sales — 6791 N. Detonti Rd   Bauxite, Ar. 72011*

2.)   Defendant(s) name and address(es)
*Mr. Bozeman (Saline County Jail)   735 S. Neeley, Benton, Ar. 72015*

3.)   Jurisdiction
*Saline County*

4.)   Venue   *Saline County*

5.)   Factual basis for lawsuit — *Battery & Injuries*

6.)   Relief sought (including request for jury trial).
*Mental & physical Damages — Mr. Bozeman to Be dismisse
as a Jailer.*

*Anna Sales*

Signature
Printed Name — *Anna Sales*
Printed Address   *6791 N. Detonti Rd*
Telephone Number   *501-690-2951*
Arkansas Bar Number (if applicable)