IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANNA SALES                                                                    PLAINTIFF

v.                           Case No. 4:10-cv-1100-DPM

BOZEMAN and SALINE COUNTY
JAIL                                                                          DEFENDANTS

ORDER

Sales having filed neither an amended complaint nor a more complete motion to proceed *in forma pauperis*, Document No. 5, the Court dismisses her case without prejudice. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 Sept. 2011