IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANNA SALES                                                                              PLAINTIFF

v.                    Case No. 4:10-cv-1100-DPM

BOZEMAN and SALINE COUNTY
JAIL                                                                                        DEFENDANTS

JUDGMENT

Sales's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 Sept. 2011