IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANNA SALES                                                                                    PLAINTIFF

v.                          Case No. 4:10-cv-1100-DPM

BOZEMAN and SALINE COUNTY
JAIL                                                                                         DEFENDANTS

JUDGMENT

Sales's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 Sept. 2011